| STATE OF INDIANA | ) | SCOTT COUNTY SUPERIOR COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF CLARK | ) | CAUSE NO.: 72D01-2106-CT-000017 |

COREY ESTERLE                    )
                                 )
    Plaintiff,                   )
                                 )
v.                               )
                                 )
M.A. & C.F.M. ENTERPRISES, INC.  )
                                 )
    Defendant                    )

APPEARANCE BY ATTORNEY IN CIVIL CASE

**This Appearance Form must be filed on behalf of every party in a civil case.**

1. The party on whose behalf this form is being filed is:
   Initiating <u>X</u>     Responding ____     Intervening ____; and

   the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

   Name of party <u>Corey Esterle, Plaintiff</u>

   Address of party *(see Question # 6 below if this case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order)*
   _____
   _____

   Telephone # of party _____

   FAX: _____

   Email Address: _____

       *(List on a continuation page additional parties this attorney represents in this case.)*

2. Attorney information for service as required by Trial Rule 5(B)(2)

   Name: <u>Brandon W. Smith</u>  Atty Number: <u>#28165-22</u>

   Address: <u>Morgan & Morgan, 426 Bank Street, Suite 300, New Albany, IN 47150</u>

Page **1** of 3

Phone: (812) 670-3313

FAX: (812) 850-6875

Email Address: brandonsmith@forthepeople.com

*(List on continuation page additional attorneys appearing for above party)*

3. This is a CT case type as defined in administrative Rule 8(B)(3).

4. I will accept service from other parties by:

   FAX at the above noted number:  Yes _____ No X

   Email at the above noted number:  Yes _____ No X

5. This case involves child support issues. Yes _____ No X *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on **light green paper**.  Use Form TCM-TR3.1-4.)*

6. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.  Yes _____ No X *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)*  The party shall use the following address for purposes of legal service:

   _____ Attorney's address

   _____ The Attorney General Confidentiality program address

   address is (contact the Attorney General at 1-800-321-1907 or e-mail

   **confidential@atg.in.gov)**.

   _____ Another address (provide)

   _____

7. This case involves a petition for involuntary commitment.  Yes _____ No X

8. If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

   a. Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above:
   _____

   b. State of Residence of person subject to petition: _____

   c. At least one of the following pieces of identifying information:

    (i) Date of Birth _____

    (ii) Driver's License Number _____

        State where issued _____ Expiration date _____

    (iii) State ID number _____

        State where issued _____ Expiration date _____

    (iv) FBI number _____

    (v) Indiana Department of Corrections Number _____

    (vi) Social Security Number is available and is being provided in an attached confidential document Yes \_\_\_\_ No \_\_\_\_

9. There are related cases: Yes \_\_\_\_ No <u>X</u> *(If yes, list on continuation page.)*

10. Additional information required by local rule:

    _____

11. There are other party members: Yes \_\_\_\_ No <u>X</u> *(If yes, list on continuation page.)*

12. This form has been served on all other parties and Certificate of Service is attached:
        Yes\_\_\_ No <u>X</u>

                                  <u>s/ Brandon W. Smith</u>
                                  Brandon W. Smith   #28165-22
                                  Morgan & Morgan
                                  426 Bank Street, Suite 300
                                  New Albany, IN 47150
                                  812-670-3313 (t)
                                  812-850-6875 (f)
                                  brandonsmith@forthepeople.com
                                  *Counsel for Plaintiff*

| STATE OF INDIANA | ) | SCOTT COUNTY SUPERIOR COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF CLARK | ) | CAUSE NO.: 72D01-2106-CT-000017 |

| COREY ESTERLE | ) |
|---|---|
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| M.A. & C.F.M. ENTERPRISES, INC. | ) |
| | ) |
| Defendant | ) |
| | ) |
| | ) |

## SUMMONS

THE STATE OF INDIANA TO:   Frank Ward
1512 W. McClain Avenue
Scottsburg, IN 47170

You have been sued by the Plaintiff in the Court stated above.

The nature of the suit against you is stated in the complaint, which is attached to this summons.  It also states the demand, which the Plaintiff has made against you.

You or your attorney must answer the petition in writing and your written answer must be filed with the Court within twenty (20) days after you receive this summons or within twenty-three (23) days if you received this summons by mail, or a judgment will be entered against you for what the Plaintiff has demanded in the attached petition.

If you deny the demand, or if you have a claim against the Plaintiff, you must assert it in your written answer.

It is suggested that you immediately consult an attorney of your choice regarding this matter.

The following manner of service of summons is hereby designated:

CERTIFIED MAIL

Dated: ___6/30/2021___, 2021

_____
CLERK, SCOTT SUPERIOR COURT

Page **1** of **1**

| | | |
|---|---|---|
| STATE OF INDIANA | ) | SCOTT COUNTY SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF SCOTT | ) | CAUSE NO.: 72D01-2106-CT-000017 |

COREY ESTERLE )
)
    Plaintiff, )
)
v. )
)
M.A. & C.F.M. ENTERPRISES, INC. )
)
Serve: )
Frank Ward )
1512 W. McClain Ave. )
Scottsburg, IN 47150 )

    Defendant

## COMPLAINT AND JURY DEMAND

Plaintiff Corey Esterle by counsel, states as follows for his Complaint:

1. At all relevant times, Plaintiff Corey Esterle resided and was domiciled in Clark County, Indiana.

2. At all relevant times, M.A. & C.F.M. Enterprises, Inc., was a Kentucky For-Profit Corporation with its principal office in Louisville, Kentucky, that owned, controlled, operated, and maintained a McDonald's Restaurant located at 1512 W. McClain Ave, Scottsburg, Indiana, 47170, through its owners, managers, employees, agents, and assigns.

3. This lawsuit alleges a tort injury that occurred in Scott County, Indiana, making this Court a proper venue to hear the action.

4. On or about December 12, 2019, Plaintiff was a business invitee at Defendant's restaurant located at 1512 W. McClain Ave., Scottsburg, Indiana, 47170. Mr. Esterle approached the counter to retrieve part of his order, and when he turned around to return to his seat, he slipped on a wet substance that had created a dangerous condition on the floor.

5. Despite knowledge of the wet floor hazard, Defendant had negligently and carelessly failed to properly warn of or remedy the hazard.

6. As a direct and proximate result of the negligence and carelessness of Defendant, Plaintiff sustained bodily injury.

7. As a direct and proximate result of his injuries, Plaintiff incurred or expects to incur the following: past and future medical bills and related expenses; loss of income, impairment of his ability to labor and earn income, and past and future pain and suffering, both physical and mental.

WHEREFORE, Plaintiff demands judgment against Defendant, M.A. & C.F.M. Enterprises, Inc., in his favor and an award of compensatory damages, as shown by evidence, to include the following: past and future medical bills and related expenses, loss of income, impairment of his ability to labor and earn income, and past and future pain and suffering, both physical and mental.

Plaintiff further demands **TRIAL BY JURY,** judgment interest (where allowed by law) costs and expenses (where allowed by law), and any other relief the Court believes just and proper.

        Respectfully submitted,

        *s/ Brandon W. Smith*
        Brandon W. Smith   #28165-22
        Morgan & Morgan
        426 Bank Street, Suite 300
        New Albany, IN 47150
        812-670-3313 (t)
        812-850-6875 (f)
        brandonsmith@forthepeople.com
        *Counsel for Plaintiff*

| | | |
|---|---|---|
| STATE OF INDIANA | )<br>)SS: | IN THE SCOTT COUNTY SUPERIOR COURT |
| COUNTY OF SCOTT | ) | CASE NO.: 72D01-2106-CT-000017 |

COREY ESTERLE )
)
Plaintiff )
)
v. )
)
M.A.& C.F.M. ENTERPRISES, INC. )
)
Defendant )

## NOTICE OF PROOF OF SERVICE

     Plaintiff, by counsel, herby gives notice that a copy of the Summons, Appearance, and Complaint were served in this case by certified mail return receipt requested to the following person with the United States Postal Service website showing proof of service on July 3, 2021, to the following:

Frank Ward
1512 W. McClain Avenue
Scottsburg, IN 47170

United States Postal Service proof of delivery and green card sent are attached to this Notice as Exhibit A and Exhibit B.

                                            Respectfully submitted,

                                            *s/ Brandon W. Smith*
                                            Brandon W. Smith   #28165-22
                                            Morgan & Morgan
                                            426 Bank Street STE 300
                                            New Albany, IN 47150
                                            (812) 670-3313 (t)
                                            (812) 850-6875 (f)
                                            brandonsmith@forthepeople.com
                                            *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was filed and served electronically using the Court's CM/ECF system and additionally served via United States regular mail on the 7th day of July 2021, to the following:

Frank Ward
1512 W. McClain Avenue
Scottsburg, Indiana 47170
*Defendant*

                                                   *s/ Brandon W. Smith*
                                                   *Counsel for Plaintiff*

Data provided by USPS

Tracking number 70201290000177124579

### Delivered ⊘
July 03, 10:34AM
Scottsburg, IN

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Frank Ward
1512 W. McClain Avenue
Scottsburg, IN 47170

9590 9402 5144 9122 2713 49

2. Article Number (Transfer from service label)

7020 1290 0001 7712 4579

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Eserve - Initial Pleadings  Domestic Return Receipt

STATE OF INDIANA )   IN THE SCOTT COUNTY SUPERIOR COURT
)SS:
COUNTY OF SCOTT )   CAUSE NO.: 72D01-2106-CT-000017

COREY ESTERLE, )
)
    Plaintiff, )
)
vs. )
)
M.A. & C.F.M. ENTERPRISES, INC. )
)
)
    Defendant. )

## APPEARANCE BY ATTORNEY IN CIVIL CASE

**Party Classification:** Initiating __  Responding _X_  Intervening __

1. The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member:

M.A. & C.F.M. ENTERPRISES, INC.

2. Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is a as follows:

Name:    Hayleigh J. Neumann.
           Atty. Number 32639-36
           Hennessy & Roach P.C.
           8910 Purdue Road, Ste. 170
           Indianapolis, Indiana 46268
           Phone: (317)204-4627
           Fax: (317)853-1178
           Email: hneumann@hennessyroach.com

  (*List on continuation page the additional attorneys appearing for the above-party member(s)*)

3. There are other party members: Yes __ No _X_ *(If yes, list on continuation page)*

4. *If first initiating party filing this case,* the Clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3):

5. I will accept service by FAX at the above noted number: Yes __ No _X_

6. This case involves support issues. Yes __ No _X_ *If yes, supply social security numbers for all family members on continuation page)*

7. There are related cases: Yes __ No _X_ (*If yes, list on continuation page*)

8. This form has been served on all parties. Certificate of Service is attached: Yes _X_ No ___

9. Additional information required by local rule:

>  */s/Hayleigh J. Neumann*
>  Hayleigh Neumann
>  Attorney-at-Law

**Authority: Pursuant to Trial Rule 3.1(B), this form shall be filed upon the first appearance in the case. In emergencies, the requested information shall be supplied when it becomes available. Parties shall advise the court of a change in information previously provided to the court. This format is approved by the Division of State Court Administration.**

Use additional continuation pages if needed.

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the foregoing has been served upon the following Counsel of record via the Court's electronic filing system this 23rd day of July, 2021:

Brandon W. Smith
MORGAN & MORGAN
426 Bank Street, Suite 300
New Albany, IN 47150
(812) 670-3313
(812) 850-6875 (facsimile)
*Attorneys for Plaintiff*

>  */s/Hayleigh J. Neumann*
>  Hayleigh J. Neumann

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE SCOTT COUNTY SUPERIOR COURT |
| | )SS: | |
| COUNTY OF SCOTT | ) | CAUSE NO.: 72D01-2106-CT-000017 |

COREY ESTERLE, )
)
    Plaintiff, )
)
vs. )
)
M.A. & C.F.M. ENTERPRISES, INC. )
)
)
    Defendant. )

## **DEFENDANT M.A. & C.F.M. ENTERPRISES, INC.'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Comes now Defendant, M.A. & C.F.M. Enterprises, Inc., by counsel, Hayleigh J. Neumann of Hennessy and Roach, P.C., and hereby requests that the Court enter an Order enlarging their time to answer or otherwise respond to Plaintiff's Complaint for Damages for thirty (30) days. In support of this request, Defendant would show the following:

1. Plaintiff filed his Complaint for Damages on June 30, 2021.

2. Defendant was served with a copy of the Complaint via certified mail on July 3, 2021.

3. Defendant's responsive pleading is due on July 26, 2021. This deadline has not passed.

4. Counsel for Defendant has recently been retained and requires additional time to review and investigate the allegations contained in Plaintiff's Complaint for Damages.

5. Counsel for Defendant is filing her Appearance contemporaneously with this Motion.

6. Counsel for Defendant respectfully requests an initial 30-day enlargement of time with which to plead to Plaintiff's Complaint, making said responsive pleading due on August 25, 2021.

WHEREFORE, Defendant respectfully request that the Court grant it a 30-day enlargement of time until August 25, 2021, to file its responsive pleading.

> Respectfully submitted,
>
> HENNESSY & ROACH P.C.
>
> */s/ Hayleigh J. Neumann*
> Hayleigh J. Neumann, #32639-36
> *Attorney for Defendant M.A. & C.F.M. Enterprises, Inc.*

8910 Purdue Road, Suite 170
Indianapolis, IN  46268
(p) 317-204-4627 | (f) 317-853-1178
hneumann@hennessyroach.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 23rd day of July, 2021, she did deliver via electronic service a true and correct copy of the foregoing document to:

Brandon W. Smith
MORGAN & MORGAN
426 Bank Street , Suite 300
New Albany, IN 47150
(812) 670-3313
(812) 850-6875 (facsimile)
*Attorneys for Plaintiff*

> */s/Hayleigh J. Neumann*
> Hayleigh J. Neumann

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE SCOTT COUNTY SUPERIOR COURT |
| | )SS: | |
| COUNTY OF SCOTT | ) | CAUSE NO.: 72D01-2106-CT-000017 |

| | |
|---|---|
| COREY ESTERLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| M.A. & C.F.M. ENTERPRISES, INC. | ) |
| | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

The Court, having received and reviewed Defendant M.A. & C.F.M. Enterprises, Inc. Motion for Enlargement of Time to Respond to Plaintiff's Complaint and, being duly advised in the premises, hereby GRANTS said motion.

Therefore, it is ORDERED that said Defendant has up to and including **August 25, 2021** in which to respond to Plaintiff's Complaint.

SO ORDERED: __July 27, 2021__

_____
**JUDGE,** Scott Superior Court 1

**DISTRIBUTION:**

Electronic distribution to all counsel of record.